**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 23-6191**

───────────

GREGORY A. WATERS,

        Plaintiff - Appellant,

     v.

MRS. S. BROWN, Warden; J. MCCALLOUM, Correctional Officer; S. SENKO, Correctional Officer/Paramedic; VISITING ROOM OFFICER ON JANUARY 4, 2023, 12-12:30 PM,

        Defendants - Appellees.

───────────

Appeal from the United States District Court for the Northern District of West Virginia, at Wheeling.  John Preston Bailey, District Judge.  (5:23-cv-00019-JPB-JPM)

───────────

Submitted:  August 10, 2023                 Decided:  August 16, 2023

───────────

Before GREGORY and RICHARDSON, Circuit Judges, and TRAXLER, Senior Circuit Judge.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Gregory A. Waters, Appellant Pro Se.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gregory A. Waters appeals the district court's order dismissing his complaint filed pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971). We have reviewed the record and find no reversible error. *See Mays v. Smith*, 70 F.4th 198, 201-02 (4th Cir. 2023) (stated standard of review). Accordingly, we affirm the district court's order. *Waters v. Brown*, 5:23-cv-00019-JPB-JPM (N.D.W. Va. Feb. 21, 2023). We deny Waters' motion for a transfer to a different facility. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*